UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ROCHELLE SIMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>CINDY BLACK,<br>Acting Executive Director of Napa State Hosp.,<br><br>    Respondent. | Case No.: 1:21-cv-01121 JLT EPG (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Harold Rochelle Simpson is proceeding *pro se* with a petition for writ of habeas corpus. Respondent reported Simpson "is committed to Napa State Hospital, where Cindy Black is the Acting Executive Director." (Doc. 13 at 1, n.1.)  Respondent requests the Court "substitute Cindy Black as Respondent in this matter." (*Id.*, citing *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992).)  Based upon the information provided, the Court agrees Cindy Black is the proper Respondent. *See* Rule 2(a) of the Rules Governing § 2254 Cases; *Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996); *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994)).   Accordingly, the Clerk of Court is **DIRECTED** to change the name of the Respondent to Cindy Black.

IT IS SO ORDERED.

Dated:  **March 13, 2022**

UNITED STATES DISTRICT JUDGE