UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ROCHELLE SIMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>CINDY BLACK,<br>Acting Executive Director of Napa State Hosp.,<br><br>    Respondent. | Case No.: 1:21-cv-01121 JLT EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>(Docs. 13, 18) |

    Harold Rochelle Simpson is proceeding *pro se* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. Respondent moved to dismiss the petition, asserting the petition was premature because Simpson "has not been tried on the charges he is seeking to have this Court dismiss." (Doc. 13 at 1.)

    On February 9, 2022, the magistrate judge found Simpson failed to exhaust the state judicial remedies with respect to the claims raised in the petition. (Doc. 18 at 1-2.) In addition, the magistrate judge determined Simpson failed to prosecute his petition, because the Court's mail was returned as undeliverable. (*Id.* at 3.) Therefore, the magistrate judge recommended the motion to dismiss be granted and the matter be dismissed without prejudice for Simpson's nonexhaustion and failure to prosecute. (*Id.*) The parties were granted fourteen days to file any objections to the Findings and Recommendations. (*Id.* at 3-4.) The Findings and Recommendations served upon Simpson were

returned as undeliverable, and Respondent did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court holds the Findings and Recommendations to be supported by the record and proper analysis.

Having found that petitioner is not entitled to habeas relief, the Court now turns to whether a certificate of appealability should issue. A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); 28 U.S.C. § 2253. The Court should issue a certificate of appealability if "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983)).

In the present case, the Court finds that reasonable jurists would not find the determination that the petition should be dismissed debatable or wrong, or that Petitioner should be allowed to proceed further. Therefore, the Court declines to issue a certificate of appealability. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 9, 2022 (Doc. 18) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 13) is **GRANTED**.
3. The petition for writ of habeas corpus is **DISMISSED** without prejudice; and
4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   **March 13, 2022**

UNITED STATES DISTRICT JUDGE